UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WINTERS            ,

Plaintiff(s),

v.

TROY TORAIN                ,

Defendant(s).

Case No. 3:25-cv-09549-VC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, SHAHILY NEGRON           , an active member in good standing of the bar of

MASSACHUSETTS COURT           , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: MR. TROY TORAIN           in the

above-entitled action. My local co-counsel in this case is MATTHEW T WILLIAMS, ESQ , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 272714           .

695 Pleasant St. POBOX 1307, NewBedford, MA 02740           1620 5TH AVE., STE 625, SANDIEGO, CA 92101

MY ADDRESS OF RECORD                          LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(347) 201-3744                                (619) 354-7870

MY TELEPHONE # OF RECORD                      LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

justice@shahilynegron.com                     mtwilliamslaw@gmail.com

MY EMAIL ADDRESS OF RECORD                    LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 711476           .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0           times in the 12 months

preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: __03/03/26__

SHAHILY NEGRON
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __SHAHILY NEGRON__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ___March 4, 2026___

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE