Steven C. Vondran, [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome, Suite 3500
San Francisco, CA 92660
Telephone: (877) 276-5084
E-mail:  steve@vondranlegal.com

*Attorney for Plaintiff Michael Winters*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WINTERS, an individual,

      Plaintiffs,

      v.

TROY TORAIN, an individual,

      Defendant.

CASE NO.  3:25-cv--cv-09549-VC

**REQUEST TO ENTER DEFAULT**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff Michael Winters hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant Troy Torain, on the grounds that said Defendant has failed to appear or otherwise respond to the Summons and Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Said Defendant was duly served with the summons and complaint on February 15th, 2026 evidenced by the Proof of Service filed with the court (Docket 10).

REQUEST FOR ENTRY OF DEFAUT

Respectfully Submitted,

DATED: March 11, 2026.          THE LAW OFFICES OF STEVEN C. VONDRAN

By:  /s/ Steve Vondran
     Steven C. Vondran, Attorney for Michael
     Winters, Plaintiff

REQUEST FOR ENTRY OF DEFAULT

<u>DECLARATION OF STEVEN C. VONDRAN</u>

I, Steven C. Vondran, state and declare as follows:

1.    I am an attorney who is duly licensed to practice law in the State of California and Arizona and admitted to practice before this court. I am a member in good standing with the State bar of California and Arizona.  I make this declaration of my own personal knowledge and could and would so testify if called.

2.    The Court Authorized alternative email service of Defendant on February 2, 2026.

3.    Defendant was properly served the summons and complaint on February 15, 2026 by email which the court approved (ECF No. 10).

4.    Under the Federal Rules of Civil Procedure Defendants were required to plead or otherwise respond to the complaint no later than March 6, 2026.

5.    Defendant have failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

6.    Defendant Troy Torain is not a minor or an incompetent person.

7.    Defendant Troy Torain is not currently in military service, and therefore the Servicemembers Civil Relief Act does not apply.

8.    Defendant is represented by two separate counsels and were advised on Monday March 9th in writing that they needed to respond timely to the complaint or that a default would be entered.  They failed to file and did not request any extensions.

REQUEST FOR ENTRY OF DEFAULT

<div style="margin-left:left">THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.<br>620 Newport Ctr., Suite 1100<br>Newport Beach, California 92660</div>

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this Declaration was executed this 11th day of March 2026, at Flagstaff, Arizona.

/s/Steve Vondran
Steven C. Vondran

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

REQUEST FOR ENTRY OF DEFAULT